NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Oscar M. Orozco-Botello (Bar No. 313104)
ONE LLP
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
(310) 866-5157

ATTORNEY(S) FOR:  Plaintiff, Michael Stilkey

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STILKEY, an individual,<br><br>Plaintiff(s),<br>v.<br><br>YELP, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Michael Stilkey
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michael Stilkey | Plaintiff |
| Yelp, Inc. | Defendant |

October 1, 2018                                   /s/ Oscar M. Orozco-Botello
Date                                                         Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Michael Stilkey