Peter R. Afrasiabi (Bar No. 193336)
Email:  pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA  92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Oscar M. Orozco-Botello (Bar No. 313104)
Email:  oobotello@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA  90210
Telephone:  (310) 866-5157
Facsimile:   (949) 943-2085

Attorneys for Plaintiff
MICHAEL STILKEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL STILKEY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>YELP, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-08459-JEM<br><br>Hon. John E. McDermott<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT YELP, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Complaint Served:           October 3, 2018<br>Current Response Date:   November 26, 2018<br>New Response Date:        December 26, 2018 |

Defendant Yelp, Inc. ("Defendant") was served with the Summons and Complaint in this matter on October 3, 2018;

Plaintiff Michael Stilkey ("Plaintiff") (collectively, "the Parties") has agreed to extend the deadline for Defendant to respond to the complaint in this action by not more than 30 days;

Defendant has requested one previous extension of time; and

The Parties are engaged in active settlement discussions and are confident that the matter will settle shortly.

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant Yelp, Inc. shall have up to and including December 26, 2018 to respond to the Complaint.

Dated: November 16, 2018     **ONE LLP**

By:  /s/Peter R. Afrasiabi
     Peter R. Afrasiabi
     Attorneys for Plaintiff
     MICHAEL STILKEY

Dated: November 16, 2018     **YELP, INC.**

By:  /s/Aaron Schur
     Aaron Schur, Deputy General Counsel
     Attorney for Defendant
     Yelp, Inc.

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Aaron Schur, Deputy General Counsel for Defendant, and I have obtained his authorization to affix his electronic signature to this document.

Dated: November 16, 2018                **ONE LLP**

                                        By:  /s/Peter R. Afrasiabi
                                             Peter R. Afrasiabi
                                             Attorneys for Plaintiff
                                             MICHAEL STILKEY