1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

13

MICHAEL STILKEY, an individual,

14

Plaintiff,

15

v.

16

YELP, INC., a Delaware Corporation; and
17 DOES 1 through 10, inclusive,

18

Defendants.

19

Case No. 2:18-cv-08459-JEM

Hon. John E. McDermott

**[PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT YELP,
INC. TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE
THAN 30 DAYS**

20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

1    Pursuant to the Parties' Stipulation, and good cause appearing therefor, IT IS

2 HEREBY ORDERED that that Defendant Yelp, Inc. shall have up to and including

3 December 26, 2018 to respond to the Complaint.

4

5

6 Dated: _____

7

8                                              _____
                                               Hon. John E. McDermott
9                                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
**[PROPOSED] ORDER**