# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL STILKEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>YELP, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-08459-JEM<br><br>Hon. John E. McDermott<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT YELP, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** |

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that that Defendant Yelp, Inc. shall have up to and including December 26, 2018 to respond to the Complaint.

Dated: November 26, 2018

_John E. McDermott_
Hon. John E. McDermott
United States District Judge

1
**[PROPOSED] ORDER**