Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Oscar M. Orozco-Botello (Bar No. 313104)
Email: oobotello@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (949) 943-2085

Attorneys for Plaintiff
MICHAEL STILKEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL STILKEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>YELP, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-08459-JEM<br><br>Hon. John E. McDermott<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1 | Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Stilkey voluntarily dismisses the above-captioned action with prejudice, with each side to bear its own fees and costs incurred.

Dated: December 6, 2018         **ONE LLP**

By: /s/ Peter R. Afrasiabi
    Peter R. Afrasiabi
    Oscar M. Orozco-Botello
    Attorneys for Plaintiff
    MICHAEL STILKEY

**NOTICE OF VOLUNTARY DISMISSAL**